[No. 10022–7–III.   Division Three.   May 8, 1990.]

ROGER HART, ET AL, *Appellants,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 88–2–00257–8, Charles W. Cone, J., entered April 25, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.

[No. 9748–0–III.   Division Three.   May 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTURO S. GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–01410–3, F. James Gavin, J., entered December 22, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.

[Nos. 12486–6–II; 12487–4–II.   Division Two.   May 8, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. DEANNE MICHELLE CAMPBELL, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. DARRELL WALTER LUND, *Respondent.*

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 88–1–00393–6, 88–1–00394–4, Alan R. Hallowell, J., entered November 23 and 21, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Worswick, J., and Faris, J. Pro Tem.